IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELEMENTS OF HOSPITALITY, INC., | ) ) ) | CV 24-00214 JMS-KJM |
| Plaintiff, | ) ) ) | ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF ELEMENTS OF HOSPITALITY, INC.'S MOTION FOR DEFAULT JUDGMENT, ECF No. 35 |
| vs. | ) ) ) | |
| OAHU ELECTRICAL SERVICES, LLC; GAURA JOHNSON; JOHN DOES 1–10; JANE DOES 1–10; DOE CORPORATIONS 1–10; DOE PARTNERSHIPS 1–10; DOE ENTITIES 1–10; and DOE GOVERNMENT ENTITIES 1–10, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF ELEMENTS OF HOSPITALITY, INC.'S MOTION FOR DEFAULT JUDGMENT, ECF NO. 35

Findings and Recommendation having been filed and served on all parties on March 17, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge